# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO N PONCE,<br><br>Defendant. | Case No. 1:26-po-00006-SAB-1<br><br>ORDER REGARDING REFUND<br><br>(ECF Nos. 4, 5) |

On January 2, 2026, Plaintiff United States of America commenced this petty offense proceeding regarding a citation that was issued to Defendant Alejandro N Ponce for violation of federal regulations.  (ECF No. 1 (Violation No. F08N0054).)  Defendant was directed to pay $410.00.  (Id.)  On January 12, 2026, the United States moved to dismiss the violation in the interest of justice, which the Court granted.  (ECF No. 4.)  However, on January 15, 2026, Defendant made a payment in full.  (ECF No. 5.)

In light of the dismissal, IT IS HEREBY ORDERED that Defendant Alejandro N Ponce be refunded in the amount of $410.00

IT IS SO ORDERED.

Dated:  __January 16, 2026__                    _____

STANLEY A. BOONE
United States Magistrate Judge

1